UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   25-10279 |
| Tanya R Baldwin | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Daniel R. Fine |
| | ) | |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

### ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY

This matter coming before the court on the motion of Deutsche Bank National Trust Company, as Trustee for Ameriquest Mortgage Securities Inc., Asset-Backed Pass-Through Certificates, Series 2004-R10  ("Movant") for relief from the automatic stay,

IT IS ORDERED:

The motion is granted, as set forth herein.  The stay is modified so as not to restrain Movant, its principals, agents, successors and/or assigns, from pursuing in rem non-bankruptcy remedies as to 1427 S 14th Avenue, Maywood, IL 60153.

Enter:

Honorable Daniel R. Fine
United States Bankruptcy Judge

Dated:  June 04, 2026

**Prepared by:**

Michael P. Kelleher ARDC#6198788

Codilis & Associates, P.C.

15W030 North Frontage Road, Suite 100

Burr Ridge, IL 60527

(630) 794-5300

bkpleadingsNORTHERN@il.cslegal.com

File No. 14-25-04750